## In re Estate of John A. Monahan, Deceased.
## Mary A. Monahan, Administratrix, Appellant, v. Charles W. Wiggins, Appellee.

Gen. No. 42,403.

opinion filed May 10, 1943. Whitty & McGah, for appellant;

William J. McGah and Charles J. Reed, of counsel; Walter B. Prendergast and John P. Carey, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."